IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TONI R. LOWERY, | |
| Movant, | CIVIL ACTION NO.: 4:21-cv-6 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 4:19-cr-66) |
| Respondent. | |

**O R D E R**

Movant Toni R. Lowery ("Lowery"), an inmate at FCI Tallahassee in Tallahassee, FL, has filed an action pursuant to 28 U.S.C. § 2255, which the Court has reviewed. Lowery attacks a judgment of conviction obtained in this Court in Case Number 4:19-cr-66. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court hereby **ORDERS** the United States Attorney to file an answer or motion to dismiss within thirty (30) days stating its position regarding Lowery's claims and to serve Lowery with a copy of its response. The Government shall cite to the documents of record in Lowery's criminal proceeding, Case Number 4:19-cr-66. The Government shall explain what additional records and documents need to be produced in order to fully respond to the motion. The Government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary as authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

While this action is pending, Lowery shall immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

The Clerk of Court is hereby authorized and directed to forward a copy of this Order to the Savannah Office of the United States Attorney for the Southern District of Georgia.

**SO ORDERED**, this 19th day of May, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA