AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TONI R. LOWERY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NUMBER: 4:21-cv-6
(Formerly 4:19-cr-66-8)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 29, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Lowery's 28 U.S.C. § 2255 Motion is dismissed without prejudice and the Government's Motion to Dismiss is dismissed as moot. Lowery is denied the issuance of a Certificate of Appealability and likewise is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _[signature]_

April 5, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_[signature: Jamie Sabalza]_
(By) Deputy Clerk

GAS Rev 10/2020